NICHOLAS A. TRUTANICH
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar No. 6875
TROY FLAKE
Deputy Civil Chief
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Greg.Addington@usdoj.gov
*Attorneys for the Federal Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL MOSSO RAMIREZ and CHRISTOPHER NJINGU, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> ROBERT CULLEY, Director of the Salt Lake City Office of the U.S. Immigration and Customs Enforcement, et al., <br><br> Respondents-Defendants. | Case No. 2:20-cv-609-JAD-VCF <br><br> STIPULATION REGARDING PETITION FOR HABEAS RELIEF AND MOTION FOR TEMPORARY RESTRAINING ORDER (## 1, 2) <br><br> **ORDER** |

Petitioners Ramirez and Njingu filed their petition (#1) seeking habeas relief and their motion (#2) for temporary restraining order on March 31, 2020. The federal defendants were served with the petition on April 2, 2020. Additionally, the Court issued an order (#6) directing the respondents to file a response to the petition and the motion for temporary restraining order within 3 days of the Court's order. Accordingly, the respondents must respond by **Monday, April 6, 2020**. Based on the circumstances

described below, the parties stipulate and agree that the deadline for response shall be extended to **Tuesday**, **April 7, 2020**.

According to the petition, each petitioner is currently in immigration detention at the Henderson Detention Center in Henderson, Nevada. They each seek relief in the form of "their immediate relief from detention" based on the national health emergency related to the COVID-19 pandemic.

1. Petitioner Njingu was released on parole from ICE detention on April 2, 2020.
2. Petitioner Ramirez is scheduled to appear before an Immigration Judge on Monday, April 6, 2020 for a hearing on his Motion to Terminate and, depending on what transpires at the hearing, he may be released from custody.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

2

Accordingly, counsel for the Petitioners and all respondents hereby stipulate and agree that respondents' answer and response be due on **Tuesday April 7, 2020.**

NICHOLAS A. TRUTANICH
United States Atto\rney

/s/ Greg Addington
GREG ADDINGTON
TROY FLAKE
Assistant United States Attorneys
For Federal Respondents

/s/ Nicole C. Levy
NICOLE C. LEVY
American Civil Liberties Union of Nevada
For Petitioners

/s/ Brian Reeve
BRIAN REEVE
City of Henderson, Nevada
For City of Henderson Respondents

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 3, 2020.