# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANIEL MOSSO RAMIREZ,
CHRISTOPHER NJINGU,

    Plaintiffs

v.

ROBERT CULLEY, et al.,

    Defendants

Case No.: 2:20-cv-00609-JAD-VCF

**Order Allowing Withdrawal
of Moot Petition**

    On April 9, 2020, I denied 28 U.S.C. § 2241 petitioner-plaintiff Daniel Mosso Ramirez's motion for temporary restraining order.[1] I also denied the petition as moot with respect to petitioner-plaintiff Christopher Njinju because he had been released from immigration detention.[2] Respondents submitted a status report on April 30, 2020, stating that the Immigration Judge granted Ramirez's unopposed request for cancellation of removal, and he was released from immigration detention on April 16, 2020.[3] Ramirez has now filed a motion to withdraw his petition-complaint as moot.[4] Good cause appearing,

    IT IS HEREBY ORDERED that the petitioner's motion to withdraw the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and complaint for injunctive relief as moot **[ECF No. 22] is GRANTED**; the petition is withdrawn as moot.

---

[1] ECF No. 20.
[2] *Id*.
[3] ECF No. 21.
[4] ECF No. 22.

IT IS FURTHER ORDERED that the Clerk is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: May 6, 2020

_____
U.S. District Judge Jennifer A. Dorsey